

Pamela A. Frederick
Phone: 212.592.1591
Fax: 212.545.3325
pfrederick@herrick.com

June 29, 2023

<u>Via ECF</u>

Honorable Ronnie Abrams
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Hamani v. West Harlem Community Organization, Inc.*, 22-cv-10819 (RA)

Dear Judge Abrams:

    This firm represents defendant West Harlem Community Organization, Inc. ("Defendant") in the above-referenced action. We write in accordance with Your Honor's Individual Practices, Rule 1.D. for an adjournment of the initial conference, which is currently scheduled for July 7, 2023 at 12:00 pm, to July 14, 2023 or July 18, 2023, or at a time most convenient for this Court. Defendant's counsel will be out of the country and also has another internal scheduling conflict.

    No prior requests have been made for an adjournment of the conference. Moreover, Plaintiff has consented to this adjournment.

                                  Respectfully,

                                  */s/ Pamela A. Frederick*

                                  Pamela A. Frederick

Cc: counsel of record

> Application granted. The conference scheduled for July 7, 2023 is hereby adjourned until July 18, 2023 at 3:00 p.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. The parties shall submit their joint letter and proposed case management plan one week in advance of the conference.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> 6/30/2023

**HERRICK, FEINSTEIN LLP** • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500
HF 15057670v.1