**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AMINA HAMANI,

                     Plaintiff,                              **ORDER**

           -against-                                   **22-cv-10819 (RA) (JW)**

WEST HARLEM COMMUNITY
ORGANIZATION, INC.,

                     Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This matter has been referred to this Court for general pretrial. Dkt. No. 25. A conference in this matter is scheduled for **November 30, 2023 at 10:30am**. The conference will be held in person in Courtroom 228, 40 Foley Square, New York, New York.

       SO ORDERED.

DATED:    New York, New York
                November 8, 2023

                                                                     */s/ Jennifer E. Willis*
                                                                    JENNIFER E. WILLIS
                                                                    United States Magistrate Judge