**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AMINA HAMANI,

                               Plaintiff,

                -against-

WEST HARLEM COMMUNITY
ORGANIZATION, INC.,

                             Defendant.
-----------------------------------------------------------------X

                               **ORDER**

                           **22-cv-10819 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties were heard in a discovery conference on November 30, 2023.  For the reasons stated more fully on the record, this Court granted Plaintiff's request for documents related to Defendant's financials.  The discovery and deposition deadlines in this action are extended to **January 5, 2024**.  The Parties are expected to meet and confer in good faith to resolve any issues, and promptly raise any disputes that they are unable to resolve with the Court as soon as possible in advance of this deadline.

      SO ORDERED.

DATED:    New York, New York
             November 30, 2023

                                     *Jennifer E. Willis*

                                   JENNIFER E. WILLIS
                              United States Magistrate Judge