UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMINA HAMANI,<br><br>      Plaintiff,<br><br>    v.<br><br>WEST HARLEM COMMUNITY ORGANIZATION, INC.,<br><br>      Defendant. | No. 22-CV-10819 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

  As discussed during Friday's telephonic conference, the parties shall submit a joint letter to the Court no later than March 8, 2024. The joint letter should update the Court on the status of the case, including but not limited to the status of settlement discussions, whether the parties request a referral to mediation, and, if needed, a proposed motions schedule.

SO ORDERED.

Dated: February 12, 2024
     New York, New York

                     Hon. Ronnie Abrams
                     United States District Judge